**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

NICOLE GUIJARRO-SCORZA, an Independent
Fair Housing Tester,

    Plaintiff,

                                        CASE NO. 9:13-cv-80110-KAM

v.

CLARA D. TARANCO, individually; CLARA D. TARANCO,
as Trustee of the CLARA D. TARANCO LIVING REVOCABLE
TRUST AGREEMENT; DIANA TARANCO MOLL, as Trustee
of the DIANA TARANCO MOLL REVOCABLE INHERITANCE
TRUST AGREEMENT; VIVIAN TARANCO CARSELLO, as
Trustee of the VIVIAN TARANCO CARSELLO REVOCABLE
INHERITANCE TRUST AGREEMENT,
and JOAQUIN C. TARANCO,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    CLARA D. TARANCO
          7201 SW 5th Street
          Plantation, Florida 33317-3812

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Joshua A. Glickman, Esq.
                        josh@sjlawcollective.com
                        Shawn A. Heller, Esq.
                        shawn@sjlawcollective.com

                        Social Justice Law Collective, PL
                        P.O. Box 70327
                        Washington, DC 20024

- 2 -

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:___**June 21, 2013**___



Steven M. Larimore
Clerk of Court

**SUMMARY**

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts